No. D–336.  IN RE DISBARMENT OF MCLEAN.  It is ordered that Lee Marshall McLean, of Washington, D. C., be suspended from the practice of law in this Court and that a

rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.